THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CAROLINE B. STRONG, Appellant.

Argued June 14, 1945; decided July 19, 1945.

*Kenneth W. Greenawalt* and *Martin A. Schenck* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for respondent.

*Whitney North Seymour,* as chairman, and others, constituting the Committee on Civil Rights of the New York State Bar Association, and *George Roberts,* as chairman, and others, constituting the Committee on the Bill of Rights of the Association of the Bar of the City of New York, *amici curiæ,* in support of appellant's position.

Judgments reversed and complaint dismissed on the ground that the evidence was insufficient to support a finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.